CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAY 10 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Xzarious Terrell  # 1000590895
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

ILLA, Nurse Hancock, Unknown Group of cert team members, Unknown Prison officials/wardens of Hayes State Prison
(Enter above the full name of the defendant(s).)

4:14-CV-210-HLM-WEJ

## I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (name the district): _____

3. Docket Number: _____

Rev. 12/5/07

I.  **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )   No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_____
_____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II.  **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights act ion shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: **Macon State Prison**

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)   No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)   No ( )

    D. If your answer is YES:
        1. What steps did you take and what were the results?
**I Filed and was denied and then Internal Affairs picked up the case**

        2. If your answer is NO, explain why not: _____

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Xzarious Terrell
GDC# 1000 590 895

Address(es): Macon State Prison
P.O. Box 426
Oglethorpe, GA. 31068

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Ill a, unknown group of cert team members, Nurse Hancock, wardens/prison officials of Hayes State Prison

Employed as All cert team members, nurse(s), Warderns/Prison officials in this claim are Employeed as Employees at Hayes State Prison

at Hayes State Prison in the State of Georgia

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

A. Around the date of (8-24-12) I, Xzarious Terrell was deliberatdy sexually assaulted, sexually harassed by defendant nurse (Hancock) in violation of the 14th, 8th Amends of G.A.C. and U.S.C. which also caused me Plaintiff Pain and suffering emotional/mental stress/damage. This incident occurred Around (8-24-12) and Happened in (H2-building) while Plaintiff was in room (223) at Hayes State Prison Defendant nurse (Hancock) violated Plaintiff's Rights by sexually assaulting, sexually harassment and making sexually statements to Plaintiff in room (223) (building #2) at Hayes State Prison on (8-24-12) in violation of the 14th, and 8th Amends of G.A.C. and U.S.C. which also caused Plaintiff Pain and suffering; emotional/mental stress/damage. The record will also reveal that after this incident occurred Plaintiff Filed Grievances with Hayes Administration and spoke with Internal Affairs representatives/Agence/witnesses. In addition witness Nicholas Edwards witnessed this incident and also spoke with Internal Affairs in regards to this incident that occurred on (8-24-12).

Rev. 12/5/07

IV. **Statement of Claim (Cont'd)**

B. After Plaintiff exercised his 1st Amendment Federal Right to write a Complaint/Grievance between 8-24-12 – 12-6-13 Plaintiff began to be threatened and Punished and harassed by defendant(s) Nurse Handcock, cert team member Illa and Group of unknown cert team members, wardens/prison officials of Hayes State Prison. This ongoing harassment, Punishment and terroristic threats were made in furtherance of a ongoing Conspiracy to deprive Plaintiff of his Rights of Due process 14th and 8th and 1st Amends and these threats harassment by the above defendants were used as a unconstitutional custom practice method tactic in order to scare and Force Plaintiff to drop his Grievance in violation of the 14th, 8th, and 1st Amends which also caused Plaintiff Pain and Suffering by depriving him of his Rights 14th, 8th, + 1st Amends of USC.

C. The record will also reveal Around (12-6-13) defendants cert team member Illa and a Group of unknown cert team members committed assault, battery, aggravated assault, terroristic threat upon Plaintiff by deliberately striking/Punching Plaintiff in his Face with Illa's Fists (a deadly weapon) which led up to Plaintiff's injuries and disfigured Plaintiff's Face in (Cell 216 building E-2) on (12-6-13) in violation of 14th, 8th, and 1st Amends which also caused Plaintiff Pain and Suffering emotional/mental stress/damage. The defendants Illa and unknown Group of cert team members also breached duty by openning Plaintiff's cell 216 without First Placing Handcuffs on Plaintiff and Plaintiff's roommate before opening cell 216 and then deliberately assaulted Plaintiff while acting under color of State law and without having a camera. Plaintiff also blames the unknown Group of cert team members for also threatening Plaintiff and for acting as Parties to a Crime, To Wit: Aggravated assault, Battery, by deliberately allowing Illa to assault Plaintiff and Failing to provide him with Medical treatment (See) attach Page/Statement

V. **Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks compensatory damages from all defendants involved in violating Plaintiff's rights in All sections of this Complaint in their Individual and official capacities in the Amount of $1,000,000/one million dollars a peice and for Pain and Suffering, Past, Present, Future losses, Emotional/mental stress/damages and all Present, Future Attorney Fees included

Plaintiff seeks punitive damages from all defendants involved in violating Plaintiff's rights in all sections of this complaint in their Individual and official capacities in the Amount of $1,000,000/one million dollars a peice and for Pain and Suffering, Past, Present, Future losses, Emotional/mental stress/damages and all present, Future Attorney Fees incurred/included

Rev. 12/5/07

**V.    Relief (Cont'd)**

- Plaintiff seeks nominal damages from all defendants involved in violating Plaintiff's rights in all sections of this Complaint in their Individual and Official Capacities in the amount of $200,000 | two hundred thousand dollars a peice and for Pain and Suffering, Past, Present, Future losses Emotional/mental stress/damages, and all Present Future attorney fees incurred/included.

- Plaintiff seeks compensatory damages from defendant Nurse Hancock for violating Plaintiff's rights in this complaint including 14th, 8th, 1st Amends of U.S.C. and committing sexual assault/harassment in his Individual and Official Capacity in the amount of one million dollars/$1,000,000, and for $1,000,000 in Punitives damages

- Plaintiff seeks compensatory damages from defendants Illa and Group of unknown Cert tcum members of Hayes State Prison for violating Plaintiff's rights in this Complaint including 14th, 8th, 1st Amends of U.S.C. and for assaulting Plaintiff in their Individual & Official Capacities in the amount of one million dollars $1,000,000 a peice and $1,000,000/one million dollars apiece in Punitive damages (see attach pages labeled "relief")

Signed this _____ day of _____, 20____.

_Xzarious Terrell_
Signature of Plaintiff

**STATE OF** _____
**COUNTY (CITY) OF** _____

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _____
(Date)

_Xzarious Terrell_
Signature of Plaintiff